**Order entered March 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01390-CV

**BRIAN ANTHONY BERARDINELLI, Appellant**

**V.**

**NOVA LYNNE PICKELS, Appellee**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-10998**

## ORDER

We **GRANT** appellee's March 3, 2014 motion for leave to file appellee's sur-reply brief.

We **ORDER** the sur-reply brief received by the Court on March 3, 2014 filed as of the date of

this order. No further briefing shall be filed unless ordered by the Court.

/s/     ADA BROWN
           JUSTICE